AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Dawson Douglas Shaver | Docket or Case No.: 21-10924-FH |
|---|---|
| Place of Confinement: Parnall Correctional Facility | Prisoner No.: 682779 |

| Petitioner (include the name under which you were convicted) Dawson Douglas Shaver | Respondent (authorized person having custody of petitioner) M.D.O.C |
|---|---|

v.

The Attorney General of the State of: Michigan

PETITION

Case: 4:23-cv-11573
Judge: Kumar, Shalina D.
MJ: Altman, Kimberly G.
Filed: 06-30-2023 At 10:24 AM
HC Shaver v. MDOC (jo)

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Gladwin 55th Circuit Court
   401 W. Cedar Ave.
   Gladwin, MI 48624

   (b) Criminal docket or case number (if you know): 21-10924-FH, 21-11001-FH

2. (a) Date of the judgment of conviction (if you know): N/A

   (b) Date of sentencing: 01-24-2022

3. Length of sentence: 12 months

4. In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Case # 21-10924-FH Guilty to Count 1, Accosting for Immoral purpose, Case # 21-11001-FH, Count 2 Larceny in a Building, Count 3, Financial Transaction Device

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty          ☐ (3) Nolo contendere (no contest)
   ☒ (2) Guilty              ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Guilty to Accosting for Immoral Purpose, Larceny in a Building, and Financial Transaction Remaining Counts Dismissed

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Michigan Court of Appeals
(b) Docket or case number (if you know): 364236
(c) Result: Denied
(d) Date of result (if you know): 
(e) Citation to the case (if you know): 
(f) Grounds raised: Sex offender registry wasn't part of plea taking or Judgement

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:
(1) Name of court: Michigan Supreme Court
(2) Docket or case number (if you know): 165314
(3) Result: Denied Didt Persuaded Court

AO 241 (Rev. 09/17)

  (4) Date of result (if you know): _____

  (5) Citation to the case (if you know): _____

  (6) Grounds raised: *Sex offender registry wasnt part of Plea talking or Judgement*

 (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

  If yes, answer the following:

  (1) Docket or case number (if you know): _____

  (2) Result: _____

  (3) Date of result (if you know): _____

  (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

 (a) (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes   ☐ No

  (7) Result: _____

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes  ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

  (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:  ☐ Yes  ☐ No

    (2) Second petition: ☐ Yes  ☐ No

    (3) Third petition:  ☐ Yes  ☐ No

  (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

  **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On 09-29-21 On my plea Sex offender Registry wast Clearly stated on the record.

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Rebecca Kreisher 348 W Cedar Ave, PO Box 846 Gladwin MI 48624

(b) At arraignment and plea: Karyn Tomczyk 440 W Cedar Ave Gladwin MI 48624

(c) At trial: N/A

(d) At sentencing: Karyn Tomczyk 440 W. Cedar Ave Gladwin, MI 48624

(e) On appeal: Jeanice Dagher-Margosian P.O. Box 2016 Ann Arbor MI 48106

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Page 14 of 16

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  06-22-23  (month, date, year).

Executed (signed) on  06/21/23  (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

US POSTAGE $001.50

Metroplex MI 480 ZIP
MON 26 JUN 2023 PM

United States District Court
Clerk of the Court
231 Lafayette Blvd
Detroit, MI 48226

Duwan Snowden
Parnall Correctional Facility
1780 East Parnall Rd
Jackson, MI